IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| YVONNE ARCHIE-BURCH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 110-093 |
| SOLVERN INNOVATIONS, | ) ) | |
| Defendant. | ) ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice for failure to timely effect service, and this civil action is **CLOSED**.

SO ORDERED this 11th day of February, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA